

**FILED**

MAY 0 3 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREW O. DORIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § CIVIL ACTION NO.: | |
| | § SA17CA0390 OG | |
| CHIEF CIVIL ATTORNEY | § | JURY DEMANDED |
| EDWARD SCHWENINGER, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

COMES NOW, DEFENDANT EDWARD SCHWENINGER ("Defendant" or "Schweninger") and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(c) and 1446(a).

## INTRODUCTION

1. On March 30, 2017, Plaintiff Andrew O. Doria ("Plaintiff" or "Doria") filed an original petition in Case No. 12S1700090, *Andrew O. Doria v. Edward Schweninger Chief Civil Division of Bexar County*, in the Justice Court, Bexar County Precinct 1 ("State Court Action").[1]

2. The citation for the Justice Court was issued on March 30, 2017 and served on Defendant via process server on April 18, 2017.[2]

3. Defendant filed his notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).[3]

## BASIS FOR REMOVAL

4. Removal is proper, based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441(a) in consideration of the following:

---

[1] A certified copy of Plaintiff's Original Petition is attached as Exhibit A.
[2] A certified copy of the Citation and Return of Service is attached.
[3] Refer to the attached return of service.

      a.      Plaintiff's basis for his claims include "City, State, and Governmental Entity's Title III, CRM [*sic*] 960.200, 18 U.S.C. § 2510, 2513, 3121, 2332(c), 2521, 1367, and 47 U.S.C. 605, 553, 502, Violations of FCC Regulations 2511(1)(e), Violent Crime Control Act, Malicious, Mischief, and Mutilation, Wrongful Arrest and Convictions."[4]

      b.      Although the facts are unclear, Plaintiff appears to assert claims under the following federal statutes: (1) Title III of the Americans with Disabilities Act concerning public accommodations; (2) 24 C.F.R. 960.200 under federal housing and development regulations, concerning the admission to, and occupancy of, public housing; (3) 18 U.S.C. §§ 2510, 2511, 2513, 2521 concerning federal crimes of Wire and Electronic Communications Interception and Interception of Oral Communications; (4) 18 U.S.C. § 3121 concerning federal criminal procedure and pen registers and trap and trace devices; (5) 18 U.S.C. § 2332(c) concerning the crime of terrorism; (6) 18 U.S.C. § 1367 concerning the crime of malicious mischief; (7) 47 U.S.C. § 605 concerning the unauthorized publication or use of communications under the Communications Act; (8) 47 U.S.C. § 553 concerning the unauthorized reception of cable service under the Communications Act; (9) 47 U.S.C. § 502 concerning the violation of rules under the Communications Act; (10) Violent Crime Control and Law Enforcement Act of 1994; and (11) violations of Plaintiff's rights under Fourth and Fourteenth Amendments of the United States Constitution for wrongful arrest and conviction.[5] Therefore, in accordance with his stated claims, Plaintiff's right to relief, if any, is a question of federal law.

---

[4] Plaintiff's State Court Petition.
[5] *Id.*

c. Although it does not appear Plaintiff has asserted any state law claims, to the extent Plaintiff sets forth any state law claims, the Federal District Court has supplemental jurisdiction over the same pursuant to 28 U.S.C. § 1367.[6]

5. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant removes this action to the United States District Court for the Western District of Texas, San Antonio Division, which is the judicial district and division in which the State Court Action is pending.

6. All pleadings, process, orders, and other filings in the state court action are attached as Exhibit A to this notice as required by 28 U.S.C. § 1446(a).

## JURY DEMAND

7. Defendant demands a jury trial.

## CONCLUSION AND PRAYER

9. For these reasons, Defendant asks the Court to uphold this removal and to retain jurisdiction over this suit.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
Bexar County Criminal District Attorney

By: _____
FRANK J. FORD – 24012642
Assistant District Attorney
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2367
Facsimile: (210) 335-2773
ATTORNEY FOR DEFENDANT
EDWARD SCHWENINGER

---

[6] Defendant currently serves as the Chief of the Civil Section of the Bexar County District Attorney's Office and has no responsibility for the investigation or prosecution of crimes. Therefore, any state cause of action based on improper prosecution or conviction could not be feasibly asserted against Defendant in a personal or official capacity.

## CERTIFICATE OF SERVICE

I do hereby certify on the 3rd day of May, 2017, that I have filed the foregoing document, which will be served via regular mail and certified mail return receipt requested to the following:

Andrew Doria
313 E. Hart
San Antonio, Texas
Plaintiff
Certified Mail RRR# 7015 1730 0001 9133 2715

FRANK J. FORD




DEFENDANT'S EXHIBIT A

## CERTIFICATE

THE STATE OF TEXAS,

County of Bexar } I, **ROBERT 'BOBBY' TEJEDA** a Justice of the Peace in and for Precinct No. 1, Bexar County, Texas, do here by certify that the foregoing is a true and correct copy of the **ORIGINAL PETITION, CITATION, DEFENDANT'S ORIGINAL ANSWER, RETURN OF SERVICE & FAX CONFIRMATION**

Filed in cause No. **12S1700090**

Styled; **ANDREW O. DORIA VS CHIEF CIVIL ATTORNEY EDWARD SCHWENINGER**

GIVEN UNDER MY HAND this day MAY 02, 2017



Justice of the Peace, Precinct No. 1,
Bexar County, Texas

05/01/2017 10:23 FAX 2103352773       CIVIL DIVISION                    ☒002

CAUSE NO.: 12S1700090

| | | |
|---|---|---|
| ANDREW O. DORIA, | § § | |
| Plaintiff, | § § | JUSTICE COURT PRECINCT 1 OF BEXAR COUNTY, TEXAS |
| vs. | § § § | |
| CHIEF CIVIL ATTORNEY EDWARD SCHWENINGER, | § § § | |
| Defendant. | § | |

2017 MAY -1 PM 12:59

## DEFENDANT'S ORIGINAL ANSWER

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT EDWARD SCHWENINGER in the above-styled and numbered cause, files his Original Answer and respectfully shows the Court the following:

### GENERAL DENIAL

1. Defendant generally denies the allegations in Plaintiff's current petition.

### AFFIRMATIVE DEFENSES

2. Plaintiff has asserted multiple causes of action pursuant to Federal law, over which this Court lacks jurisdiction.

3. Plaintiff has failed to state a claim upon which relief can be granted, in whole or in part.

4. No act or conduct of Defendant proximately caused Plaintiff's claimed injuries or damages.

5. Plaintiff has not incurred any injuries or damages resulting from any act of Defendant.

1

6. Plaintiff is not entitled to statutory damages, compensatory damages, loss of earning capacity, medical expenses, punitive damages or attorney's fees.

7. Plaintiff's damages are limited pursuant to Texas Civil Practice & Remedies Code §108.002.

8. Texas Civil Practice & Remedies Code §18.091 and §41.0105, bar Plaintiff's claim and/or reduce the amount of recoverable damages.

9. Plaintiff's claims are barred by sovereign immunity, official immunity, prosecutorial immunity and/or qualified immunity.

10. Plaintiff's claims are barred for any injuries incurred while committing criminal acts.

11. Plaintiff's claimed injuries / damages are the result of the acts or omissions of a third party over whom Defendant had no control or right of control.

12. Defendant pleads proportionate responsibility as a defense to Plaintiff's claims.

### PRAYER

WHEREFORE, PREMISES CONSIDERED Defendant requests that Plaintiff take nothing, and such other relief to which Defendant is justly entitled at law or in equity.

Respectfully submitted,
NICHOLAS "NICO" LAHOOD
Bexar County Criminal District Attorney

By: _____

FRANK J. FORD – 24012642
KRISTIN K. BLOODWORTH – 24095848
Assistant District Attorney
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2367
Facsimile: (210) 335-2773
ATTORNEYS FOR DEFENDANT

2

05/01/2017 10:23 FAX 2103352773     CIVIL DIVISION                    ☒004

## CERTIFICATE OF SERVICE

I do hereby certify on the 1st day of May, 2017, that I have filed the foregoing document via facsimile, which will be served by electronic mailing to the following:

Andrew O. Doria

Adoria03@gmail.com

*via email per Plaintiff's consent*

FRANK J. FORD

3

**PRIVATE PROCESS**
**THE STATE OF TEXAS**

No. 12S1700090

ANDREW O DORIA

In the Justice Court
BEXAR PRECINCT 1, Place 2
Bexar County, Texas

Plaintiff(s)
VS.
EDWARD SHWIENINGER CHEIF CIVIL DIVISION OF BEXAR COUNTY

Defendant(s)

### SMALL CLAIMS/DEBT CLAIM CASE CITATION

THE STATE OF TEXAS TO <u>EDWARD SHWIENINGER CHEIF CIVIL DIVISION OF BEXAR COUNTY</u>, DEFENDANT, in the hereinafter-styled and numbered cause.

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on <u>30th day of March, 2017</u>.

The plaintiff's attorney's name and address, or the plaintiff's address, if they have no attorney, are: _, whose address is _, Bexar County, Texas. If plaintiff has no attorney, plaintiff's address is <u>313 E. HART AVE SAN ANTONIO, TEXAS 78214-</u>. Your answer may be filed with this court, located at <u>3505 Pleasanton Rd, San Antonio, TX 78221 2734</u>

ISSUED this <u>31st day of March, 2017</u>

By: *Ciro D Rodriguez* _____ Clerk/Judge
JUDGE CIRO D RODRIGUEZ
Justice Court BEXAR PRECINCT 1, Place 2
3505 Pleasanton Rd
San Antonio, TX 78221-2734
Phone: 210-335-4500

ANDREW O DORIA
**Plaintiff**
313 E. HART AVE
SAN ANTONIO, TEXAS 78214-

**CONSTABLE ORIGINAL**
EDWARD SHWIENINGER CHEIF CIVIL
DIVISION OF BEXAR COUNTY
H: 100 DOLOROSA
SAN ANTONIO TEXAS 78205

1126

Cause No. 12S1700090

[barcode] 102/17

In the JUSTICE COURT of
Bexar County, Texas
**BEXAR PRECINCT 1, Place 2**

SMALL CLAIMS/DEBT CLAIM CASE CITATION
ANDREW O DORIA
VS.
EDWARD SHWIENINGER CHEIF CIVIL DIVISION OF BEXAR COUNTY

2017 MAR 31 PM 1:51

Came to hand 31 day of MARCH A.D. 20 17, at 1:51 o'clock P M, and executed on the 18th day of April 20 17, 2:17 o'clock, P M. by delivering to:

Delivern To vstep

In person a true copy of this citation.
Ruben C Tejeda
Bexar County Constable Precinct 1
SH#110
Non-Peace Officer Verification

Verification of return (if not served by peace officer)
Sworn to this _____ day of _____ 20_____
By: _____ Server
Notary Public, State of Texas

DATE STAMP AND TIME: 3/31/2017 1:37:19 PM

DOC402

| Date: | Time: | Officer's Remarks |
|-------|-------|-------------------|
|       |       |                   |
|       |       |                   |
|       |       |                   |
|       |       |                   |
|       |       |                   |
|       |       |                   |
|       |       |                   |
|       |       |                   |

**PETITION: SMALL CLAIMS CASE**

JUSTICE COURT FILED PCT. 1 AG
2017 MAR 30 PM 2:04

CASE NO. (court use only) 12S1700090

In the Justice Court, Precinct 1, Bexar County, Texas

PLAINTIFF Andrew O. Doria

VS.
DEFENDANT(S): Edward Shiveninger Chief Civil Division Of Bexar County
Defendant(s) address: 100 Dolorosa, San Antonio, TX. 78205

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
City, State, And Governmental Entity's Title III Crim 960.200
BUSC 5060.25B, 2001, 3121, 038810, 2521, 1367, And 47105C
605.553, 502 Violations Of The Regulations 2511 (a)(c) Violent
Crime Control Act, Malicious Mischief And Mutilation,
Wrongfull Arrest & Convictions, Tourrned Medical Billings,
Council, And Lost Wages Seeking Emergency Funding Partial Payment,

**RELIEF:** Plaintiff seeks damages in the amount of $10,000, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____
Additionally, plaintiff seeks the following: Post Hold On All Creditors Which Has Devised
Doctors These Crimes, Medical Assist, Emergency Relief

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: adoria03@gmail.com

Andrew O. Doria
Petitioner's Printed Name

Andrew O. Doria
Signature of Plaintiff or Attorney

**DEFENDANT(S) INFORMATION (if known):**
DATE OF BIRTH: _____

313 E. Hart Ave.
Address of Plaintiff's Attorney, if any, or Plaintiff if none

San Antonio  TX.  78214
City  State  Zip

*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

(210)188-5779
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER: _____

Small Claim Petition. 7/2013

Sworn to and subscribed before me this ___ day of MAR 8 0 2017 20___

Adriana E. Long
CLERK OF THE JUSTICE COURT OR NOTARY

**Instructions:** The Servicemembers Civil Relief Act applies to a civil proceeding in the Justice Courts. Before entering a default judgment against an individual defendant, the plaintiff must file with the court an affidavit stating whether or not the defendant is in the military service, showing necessary facts to support the affidavit, or stating that the plaintiff is unable to determine whether or not the defendant is in military service, if that is the case. The requirement for an affidavit may be satisfied by a written, signed document declared to be true under penalty of perjury. If it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If the court is unable to determine if the defendant is in military service, the court may require plaintiff to file a bond in an amount approved by the court.

A person who makes or uses an affidavit under this Act knowing it to be false, may be fined or imprisoned or both. 50 U.S.C. App. 501 et seq. To obtain certificates of service or non-service under the Servicemembers' Civil Relief Act, you may access the public website https://www.dmdc.osd.mil/appj/scra/scraHome.do. This website will provide the current active military status of an individual.

## Military Status Affidavit

Case No. __12S1700090__  § In the Justice Court of

__Andrew O. Doria__  § Bexar County, Texas
Plaintiff §
 §
vs. §
__Chert Civil Atty Edward Schwesinger__ § Precinct __1__, Place ____
Defendant §

BEFORE ME, on this day personally appeared __Andrew O. Doria__
who, under penalty of perjury, stated that the following facts are true:

I am the ☒ Plaintiff  ☐ attorney of record for the Plaintiff in this proceeding.

☐ _____, Defendant, **is not** in military service.

☐ _____, Defendant, **is** in military service.

I know this, because _____

☒ I am unable to determine whether or not the Defendant is in military service.

Signed on __Andrew O. Doria__
**MAR 3 0 2017**

Signature __Andrew O. Doria__
Printed Name: __Andrew O. Doria__
Address: __213 E. Hart__
__San Antonio, TX 78214__
Telephone: __(210) 758-5774__
Fax: ____
E-Mail Address: __adoria03@gmail.com__

THE STATE OF TEXAS §
COUNTY OF BEXAR §

SWORN TO AND SUBSCRIBED BEFORE ME on **MAR 3 0 2017**

__Adriana E. Gomez__
Clerk of the Court

NOTARY PUBLIC, State of Texas

## Justice Court Civil Case Information Sheet (4/13)

AG

**Cause Number** *(for clerk use only):* 12S1700090

FILED
JUSTICE COURT PCT. 1
2017 MAR 30 PM 2: 04

**Styled** _(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)_

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at that

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: Andrew O. Doria | Telephone: (210) 988-5799 | Plaintiff(s): Andrew O. Doria |
| Address: 313 E. Hart Ave | Fax: | |
| City/State/Zip: San Antonio, TX. 78214 | State Bar No: | Defendant(s): Civil Division Chief Edward Schepinger Bexar County Office |
| Email: adoria03@gmail.com | | |
| Signature: Andrew O. Doria | | [Attach additional page as necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case *(select only 1):*

☐ **Debt Claim:** A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Eviction:** An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Repair and Remedy:** A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☒ **Small Claims:** A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

05/01/2017 10:23 FAX 2103352773          CIVIL DIVISION                          ☒001

 

2017 MAY -1 PM 12:59

### NICHOLAS "NICO" LAHOOD
BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY
PAUL ELIZONDO TOWER
101 W. NUEVA
SAN ANTONIO, TEXAS 78205
(210) 335-2311

## TELEFAX

**From:** Shannon Frazier for
Mr. Frank Ford
Assistant District Attorney – Civil Division
**Phone No.:** 210-335-2367/**Fax No.:** 210-335-2773

| Deliver To | Firm | Fax No. |
|---|---|---|
| Civil Department | Justice of the Peace- Precinct 1 | 210-335-4527 |

**Date:** May 1, 2017

**Pages:** [4], including cover sheet

**Re:** 12S1700090; *Andrew O. Doria vs. Chief Civil Attorney Edward Schweninger*

**Comments:** Please see attached Defendant's Original Answer for the above referenced case. Thank you.

If you do not receive all the pages as indicated above, please call (210) 335-3918.

\_\_\_\_ Original Will Follow Via: Certified Mail     X Original Will Not Follow
**Confidentiality Notice**
This message and all documents transmitted herewith are strictly confidential and are intended only for the use of the specific individual or entity listed above. They may contain information that is attorney-work product, that is subject to the attorney-client privilege, or that constitutes party communications. Dissemination, distribution or copying of this communication to anyone other than the specific individual or entity listed above (or the person responsible for delivering this communication to the specific individual or entity listed above) is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (collect), and return the original communication to us at the above address via the U.S. Postal Service. Thank you.



## CERTIFICATE

THE STATE OF TEXAS,

County of Bexar } I, **ROBERT TEJEDA,** a Justice of the Peace in and for Precinct No. 1, Bexar County, Texas, do here by certify that the foregoing is a true and correct copy of **DEFENDANT'S NOTICE OF REMOVAL FROM THE JUSTICE COURT OF BEXAR COUNTY PRECINCT 1 TO THE FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

Filed in Cause No **12S1700090**

Styled, **ANDREW O. DORIA VS CHIEF CIVIL ATTORNEY EDWARD SCHWENINGER**

GIVEN UNDER MY HAND AND SEAL OF OFFICE this May 2, 2017

_____
Judge ROBERT TEJEDA
Justice of the Peace, Precinct No. 1,
Bexar County, Texas

JUSTICE COURT PCT. 1

2017 MAY -2 PM 2: 20

CAUSE NO. 12S1700090

| | | |
|---|---|---|
| ANDREW O. DORIA, | § § § | IN THE JUSTICE COURT |
| Plaintiff, | § § | |
| vs. | § § § | BEXAR COUNTY PRECINCT 1, PLACE 2 |
| CHIEF CIVIL ATTORNEY EDWARD SCHWENINGER, | § § § § | |
| Defendant. | § § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF REMOVAL FROM THE JUSTICE COURT OF BEXAR COUNTY PRECINCT 1 TO THE FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

**TO THE HONORABLE JUSTICE OF THE PEACE:**

COMES NOW, DEFENDANT EDWARD SCHWENINGER, in the above-styled and numbered cause, and gives notice to the Court and Plaintiff that this cause of action has been removed to Federal District Court for the Western District of Texas, San Antonio Division. Pursuant to 28 U.S.C §1446(d), this Court no longer has jurisdiction over this matter and shall proceed no further unless and until this case is remanded by the Federal District Court.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
Bexar County Criminal District Attorney

By: _____
FRANK J. FORD – 24012642
Assistant District Attorney
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
Telephone: (210) 335-2367
Facsimile: (210) 335-2773
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 2nd day of May, 2017, that, pursuant to the consent of the opposing party, I served the foregoing document via electronic mail to the following:

Andrew Doria
313 E. Hart
San Antonio, Texas
Adoria03@gmail.com
***via electronic mail***

_____
FRANK J. FORD

# CIVIL DISPOSITION
## CAUSE NO. 12S1700090

**PLTF(S):**
ANDREW O DORIA
313 E. HART AVE
SAN ANTONIO TEXAS 78214

In the Justice Court
BEXAR PRECINCT 1, Place 2
Bexar County, Texas

**VS**

**PLTF ATTY:**

**DEFT(S):**
EDWARD SHWIENINGER CHEIF CIVIL DIVISION OF BEXAR COUNTY
100 DOLOROSA
SAN ANTONIO TEXAS 78205

**DEFT ATTY:** FRANK J FORD, *Civil A.D.A.*

**COURTDATE & TIME:** May 2nd, 2017 02:30 PM HEARING
**CLAIM AMOUNT:** $10000.00          ☐ Rent    ☐ Own
**SERVICE DATE:** 04/19/2017          ☐ Government Assistance
**DISPOSITION:**
☐ Judgment for Plaintiff
  ☐ Possession Only
☐ Judgment for Defendant
☐ Default Judgment
☐ Agreed Judgment
☐ Dismissal for Want of Prosecution
☐ Dismissed at Plaintiff's Request
☐ Dismissed at Dismissal Docket
☐ Set on Dismissal Docket
☑ Other  *Remove Case 12S17000 90 to Federal Court.*

**NOTES:**

ISSUED on the 2nd day of May, 2017.

JUDGE CIRO D RODRIGUEZ
Justice Court BEXAR PRECINCT 1, Place 2
3505 Pleasanton Rd
San Antonio, TX 78221-2734
Phone: 210-335-4500