AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

FILED
NOV 0 3 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Andrew O. Doria )
*Plaintiff* )
v. ) Civil Action No. 5:17cv390-DAE
Chief Civil Attorney Edward Schweninger )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion to Dismiss is GRANTED (Dkt. # 4), and (2) Plaintiff's Motion for Mental Health Screening (Dkt. # 7) is DISMISSED AS MOOT. All of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The Clerk's Office is instructed to CLOSE THE CASE

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra

Date: 11/03/2017

CLERK OF COURT

_____, Amy Jackson
*Signature of Clerk or Deputy Clerk*